## CLYDE STROUD v. THE STATE.

No. 6374.   Decided November 23, 1921.

**Rape—Grand Jury—Practice on Appeal.**

Where it appeared from the record that the grand jury which returned the indictment was composed of ten men and two women, the judgment must be reversed and the prosecution dismissed.

Appeal from the District Court of McLenna. Tried below before the Honorable Richard I. Munroe.

Appeal from a conviction of rape; penalty, seven years imprisonment in the penitentiary.

*Farmer & Farmer,* for appellant.

*R. H. Hamilton,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Conviction was for statutory rape. Punishment seven years in the penitentiary.

It is made to appear that the grand jury which returned the indictment was composed of ten men and two women. In Harper v. State, 90 Texas Crim. Rep., 252, No. 6319, recently decided, such indictment was held to be void.

The judgment of the trial court is reversed, and the prosecution under the present indictment ordered dismissed.

*Reversed and Dismissed.*